**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Sherman Eliaz Townsend,

Petitioner,

v.

Pat Adair,

Respondent.

Civil No. 00-381 (DWF/RLE)

**ORDER**

---

Sherman E. Townsend, Pro Se, #100473, Minnesota Correctional Facility, Box B, St. Cloud, MN 56302-1000, Petitioner.

Amy J. Klobuchar, Hennepin County Attorney, and Paul R. Scoggin, Assistant Hennepin County Attorney, C-2000 Government Center, 300 Sixth Street South, Minneapolis, MN 55487; and Michael A. Hatch, Minnesota Attorney General, Suite 1400, 445 Minnesota Street, St. Paul, MN 55101, counsel for Respondent.

---

This matter is before the Court upon Petitioner's objections to Magistrate Judge Raymond L. Erickson's Report and Recommendation dated February 2, 2001, recommending that Petitioner's request for a writ of habeas corpus be dismissed. The Court has conducted a *de novo* review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.1(c).

Based upon the Court's review of the record and the Court having reviewed the arguments and submissions of the parties, and the Court being otherwise duly advised in the premises, the Court hereby enters the following:

**ORDER**

1. Magistrate Judge Raymond L. Erickson's Report and Recommendation dated February 2, 2001 (Doc. No. 13), is **ADOPTED**.

FILED APR 16 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD APR 16 2001
DEPUTY CLERK

2. The Petition for a Writ of Habeas Corpus (Doc. No. 1) is **DISMISSED**.

Dated: April 16, 2001

DONOVAN W. FRANK
Judge of United States District Court

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## CIVIL NOTICE

DATE MAILED TO COUNSEL/PRO SE PARTIES: APR 16 2001

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make Additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.

C:\FORMS\APPEAL NO. CIV
Rev. August 11, 1995